AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| ANDREW GISSENDANER, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>ENHANCED RECOVERY COMPANY, LLC,<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.  :18-cv-06158(MAT)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Defendant's Cross-Motion for Judgment on the Pleadings is granted, and the Complaint is dismissed.
_____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Michael A. Telesca   on motion for judgment on the pleadings in favor of the Defendant.
_____.

Date:   12/07/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*