UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

**ANDREW GISSENDANNER**,

                Plaintiff,

   v.

**ENHANCED RECOVERY COMPANY, LLC**,

                Defendant.

───────────────────────────────

Civ. No.:  6:18-cv-6158-MAT-MWP

**NOTICE OF APPEAL**

Please take notice that Plaintiff Andrew Gissendanner, through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the final decision and order dated December 6, 2018, and final judgment entered in this action on December 7, 2018.

DATED:     December 28, 2018

DOUGLAS FIRM, P.C.

/s/ Alexander J. Douglas
Alexander J. Douglas
36 W. Main St., Ste 500
Rochester, NY  14614
P: 585-568-2224
F: 585-546-6185

CULLEY, MARKS, TANENBAUM & PEZZULO, L.P.

/s/ Glenn E. Pezzulo
Glenn E. Pezzulo
36 W. Main St., Ste 500
Rochester, NY  14614
P: 585-546-7830
F: 585-546-6185

*Attorneys for Plaintiff*

1